IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TRUSTEES OF THE OREGON-
WASHINGTON CARPENTERS-
EMPLOYERS HEALTH AND WELFARE
TRUST FUND et al.,

       Plaintiffs,

v.

CASCADE STRUCTURES LLC, et al.,

       Defendants.

No. 3:18-cv-00364-YY

OPINION AND ORDER

**MOSMAN, J.,**

On July 16, 2019, Magistrate Judge Youlee Yim You issued her Findings and Recommendation (F&R) [32], recommending that Plaintiffs' Motion for Summary Judgment [28] be granted. No objections were filed and Defendants informed the Court they did not intend to contest summary judgment.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge You's recommendation and I ADOPT the F&R [32] as my own opinion. Plaintiffs' Motion for Summary Judgment [28] is GRANTED and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 19 day of July, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge